14FEDCRT101:C4902STIPSETL.FDC.odt:03/18/14:eff (C49-2)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CREATIVE DESIGN, LTD., | ) | |
| | ) | Case No. 1:13-cv-00079 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SEARS HOLDINGS CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED STIPULATION OF DISMISSAL**

The parties, Plaintiff CREATIVE DESIGN, LTD., ("Creative Design") and Defendant SEARS HOLDINGS CORPORATION ("Sears"), have settled the above-encaptioned matter and have agreed and stipulate to its dismissal. Inasmuch as a minor matter remains to be completed according to the settlement agreement, the parties agree, stipulate, and request that the dismissal be without prejudice for thirty (30) days and automatically become with prejudice after that time unless either party brings a motion within those thirty days seeking to reinstate and to prevent such dismissal becoming with prejudice.

The parties agree that each party will bear its own costs and fees.

Dated: March 18, 2014

                                                Respectfully submitted,

                                                Respectfully submitted,
                                                /s/ Eugene F. Friedman

- 2 -

        Eugene F. Friedman
        One of Plaintiff's Attorneys

Eugene F. Friedman
  E-mail gene@friedmanpatents.com
  Cell (312)852-8882
Gail Tuler Friedman
  E-mail gail@friedmanpatents.com
  Cell (312)316-8882
FRIEDMAN & FRIEDMAN, LTD.
Printers Square – Suite 710
780 South Federal Street
Chicago, Illinois 60605
(312) 922-8882
Fax (312) 922-3616

Counsel for Plaintiff Creative Design, Ltd.

## CERTIFICATE OF SERVICE

I certify that on March 18, 2014, I served the foregoing by causing a copy to be sent to counsel of record via email to the following:

Sears Holdings Corporation
James J. Lukas, Jr.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-8400


One of the Attorneys for Defendant Sears Holdings Corporation


        /s/    Eugene F. Friedman

              Eugene F. Friedman